# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

       v.                                           Crim. No. 5:12-MJ-1413

WILLIAM E. BARNES III

      On July 11, 2012, the above named individual was placed on pre-trial supervision. On January 1, 2013, Mr. Barnes was the victim of an assault that resulted in his death. It is accordingly recommended that all proceedings in this case be terminated.

                                                              Respectfully submitted,

                                                              /s/ Matthew Smith
                                                             Matthew Smith
                                                             U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  1st  day of  February , 2013.

                                                              James E. Gates
                                                              United States Magistrate Judge